AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN SCHLABACH,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

INTERNAL REVENUE SERVICE,

                CASE NUMBER: CV-09-298-FVS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is Dismissed for lack of subject matter jurisdiction pursuant to the Order filed July 2, 2010, Ct. Rec. 23.

July 2, 2010                                         JAMES R. LARSEN
*Date*                                                   *Clerk*

                                                            s/ Shirley Peters
                                                            *(By) Deputy Clerk*
                                                            Shirley Peters